JS-6

1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20

| | |
|---|---|
| ANGEL MEN CHAN, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANERA, LLC, a Delaware limited liability company; BEVERLY NGUYEN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-04194-JLS-AJR<br><br>**ORDER REMANDING CASE** |

21
22
23
24
25
26
27
28

On January 21, 2025, the Parties filed a joint stipulation to remand this Action to the Superior Court of California, Los Angeles County.  (Doc. 101.)  The Court, having considered the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Action is remanded to the Superior Court of California, County of Los Angeles, Case No. 23STCV09024; and
2. All future dates and deadlines in this Action are hereby vacated, and the clerk is directed to administratively close this action.

IT IS SO ORDERED.

Dated:  January 29, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE